# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**CHRISTOPHER W. ODEN,**

      **Plaintiff,**

v.                                                                **CIVIL ACTION NO. 3:20CV85**
                                                                                **(GROH)**

**SOCIAL SECURITY ADMINISTRATION,**

      **Defendant.**

## REPORT AND RECOMMENDATION

On May 26, 2020, Plaintiff Christopher W. Oden ("Plaintiff"), *pro se*, filed a Motion for Extension and Equitable Tolling of Time. ECF No. 1. In an Order entered June 9, 2020 [ECF No. 6], Plaintiff's Motion was granted, and Plaintiff was given until August 31, 2020 to file his appeal.[1] Plaintiff received a copy of this Order on June 15, 2020 via certified mail. ECF No. 7.

As of September 1, 2020, Plaintiff had not filed his appeal. On the same date, the undersigned filed an Order for Plaintiff to Show Cause [ECF No. 8] as to why this action should not be dismissed. Plaintiff was given fourteen (14) days to respond to the Court's Order. ECF No. 8. Plaintiff received a copy of the Court's Show Cause Order [ECF No. 8] on September 12, 2020 via certified mail. ECF No. 9. Therefore, Plaintiff's response to the Court's Show Cause Order was due to be filed on or about September 28, 2020.[2] To date, Plaintiff has not filed his appeal or a response to the Court's Show Cause Order.

---

[1] Plaintiff's request for Court-appointed counsel was denied.
[2] The fourteen (14) day deadline expired on Saturday, September 26, 2020. Because this deadline fell on a weekend, the undersigned used as the deadline for purposes of this Report and Recommendation the first business day following the deadline, which is Monday, September 28, 2020.

As a result of the foregoing, the undersigned **FINDS** that Plaintiff has failed to prosecute his case as required under applicable statutory and local rules. Accordingly, and for all of the foregoing reasons, the undersigned **RECOMMENDS** that this matter be **DISMISSED** for failure to prosecute.

**Any party who appears *pro* se and any counsel of record, as applicable, may, within fourteen (14) days after being served with a copy of this Report and Recommendation, file with the Clerk of the Court written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.**

**A copy of such objections should be submitted to the District Judge of Record. <u>Failure to timely file objections to the Report and Recommendation set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation</u>.** *See* **28 U.S.C. § 636(b)(1);** *Wright v. Collins*, 766 F.2d 841, 845-48 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984); *see also Thomas v. Arn*, 474 U.S. 140, 155 (1985).

The Court **DIRECTS** the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: 9/30/2020

/s/ James P. Mazzone
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE